# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIGHTNING FITNESS SYSTEMS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-012-RGA |
| | ) | |
| PRECOR INCORPORATED and | ) | |
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**

Defendants Precor Inc. and Peloton Interactive, Inc. respectfully move to dismiss, under Federal Rule of Civil Procedure 12(b)(6), Plaintiff Lightning Fitness Systems LLC's Complaint asserting infringement of certain claims of U.S. Patent No. 9,818,285 ("'285 patent") against Defendants' industry-leading fitness products. The asserted patent claims are ineligible for patenting under 35 U.S.C. § 101 because they are directed to an abstract idea and do not recite any inventive concepts. The grounds for this Motion are set forth in Defendants' Opening Brief in support thereto submitted contemporaneously herewith.

OF COUNSEL:
Benjamin A. Saidman
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363
(404) 653-6510

Anand K. Sharma
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Deanna C. Smiley
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

Dated: May 6, 2024

*/s/ Lindsey M. Gellar*
Karen E. Keller (No. 4489)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendants Precor Incorporated and Peloton Interactive, Inc.*