IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| LIGHTNING FITNESS SYSTEMS LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-012-RGA |
| PRECOR INCORPORATED and PELOTON INTERACTIVE, INC., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS UNDER RULE 12(b)(6)**

Upon consideration of Defendants Precor Inc. and Peloton Interactive, Inc.'s Motion to Dismiss under Rule 12(b)(6), (the "Motion"), the opening brief, and exhibits submitted therewith,

IT IS HERBY ORDERED THAT the Motion is **GRANTED**, the '285 patent claims are invalid under § 101, and Plaintiff's complaint is **DISMISSED** with prejudice without leave to amend.

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge