# EXHIBIT B



## COMMERCIAL TREADMILL OWNER'S MANUAL



C O M M E R C I A L     P R O D U C T S     D I V I S I O N

Downloaded from www.Manualslib.com manuals search engine

# Before You Begin

Thank you for purchasing the Precor C964i or C962i Commercial Treadmill. Built to the exacting standards of the health club environment, these treadmills are for commercial use and can withstand the rigors of club use with little maintenance.

The C964i features the Precor Smart Rate™ system and a CSAFE compatibility option. With the C964i Smart Rate display, users can easily maintain their heart rate intensity within a few beats per minute. The chosen course also appears on the display and a blinking segment indicates the user's position.

The C962i is similar to the C964i, but lacks Smart Rate and a course profile display. On both units, the easy-to-use electronic console prompts users to begin their workout. Throughout the workout, the display can present a variety of statistics including: elapsed time, distance travelled, speed, incline, calories burned, and heart rate. During a workout, a user can easily change the speed or incline to decrease or increase their effort level and affect their heart rate.

**Note**: For a user's heart rate to appear, the Precor Heart Rate Option must be used and the optional heart rate receiver must be installed in the treadmill.

Another important feature, "**safety**," is insured when the user attaches the safety cord clip to his or her clothing during a workout. If the safety switch is moved or jerked into the OFF position, the running belt automatically slows to a stop.

## ABOUT THIS MANUAL

Inside this manual, you will find instructions for installing and using the C964i and C962i treadmills. To maximize the use of the treadmill, please study this manual thoroughly. The manual uses the following conventions:

"**Note:**" Contains additional information that applies to the preceding text.

"**Important:**" Indicates information to which you should pay special attention.

"**CAUTION:**" **Indicates steps or information necessary to prevent harm to yourself or damage to the equipment.**

"**WARNING:**" **Provides instructions to prevent electrical damage to the equipment and prevent injuries to yourself.**

"**DANGER:**" **Indicates steps you must take to prevent electrical shock.**

## OBTAINING SERVICE

Do not attempt to service the treadmill yourself except for the maintenance and diagnostic tasks described in this manual. The C964i and C962i treadmills do not contain any user-serviceable parts. For information about the product, contact Precor Commercial Products Customer Service, at 1-888-665-4404.

To help customer service expedite your call, have the serial number readily available. The serial number on the treadmill is located on the inboard-side of the running bed at the left, rear corner of the treadmill. Be sure the treadmill is turned OFF before getting on your knees and bending down to see it. For future reference, write the serial number in the space provided below:

ii        Model number: __C964i or C962i__  Serial number: _____

Downloaded from www.Manualslib.com manuals search engine

# IMPORTANT SAFETY INSTRUCTIONS

**When using an electrical appliance, basic precautions should always be followed, including the following:**

• **Read all instructions before using the C964i or C962i Commercial Treadmill. These instructions were written to ensure your safety and to protect the treadmill.**

• **To ensure the proper use and safety of the C964i or C962i treadmill, make sure that all users read this manual. Please make this manual a part of your training program.**

**Before beginning any fitness program, you should have a complete physical examination by your physician.**

*Il est conseillé de subir un examen médical complet avant d'entreprendre tout programme d'exercise. Si vous avez des étourdissements ou des faiblesses, arrêtez les exercices immédiatement.*

## DANGER—To reduce the risk of electrical shock, always unplug the C964i or C962i from the electrical outlet immediately after using and before cleaning.

## WARNING——To reduce the risk of burns, fire, electric shock, or injury to persons, take the following precautions:

• **When it is plugged in, do not leave the treadmill unattended. Unplug the treadmill from the outlet when it is not in use, and before putting on or taking off parts.**

• **Do not allow children, invalids, or disabled persons on or near the treadmill without adult supervision.**

• **Use the treadmill only for its intended use as described in this manual. Do not use accessory attachments that are not recommended by the manufacturer—such attachments might cause injuries.**

• **Never operate the treadmill if it has a damaged cord or plug, if it is not working properly, if it has been dropped or damaged, or dropped in water. Return the treadmill to a service center for examination and repair.**

• **Keep the power cord away from heated surfaces. Keep hands away from moving parts.**

• **Never block the air openings on the hood while operating the treadmill. Keep the air openings clean and free of lint, hair, or anything that might impede the free flow of air. Never drop or insert objects into any opening.**

• **Do not operate where aerosol (spray) products are being used or where oxygen is being administered.**

• **Do not use outdoors.**

• **To disconnect, turn all controls to the OFF (O) position, then remove the power plug from the outlet.**

## WARNING—— Connect the treadmill to a properly grounded outlet only. See *Grounding Instructions*.

# SAVE THESE INSTRUCTIONS

iii

Downloaded from www.Manualslib.com manuals search engine

## Grounding Instructions

The C964i or C962i treadmill must be grounded. If it should malfunction or break down, grounding provides a path of least resistance for electric current to reduce the risk of electric shock. The treadmill is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances. If you do not follow these *Grounding Instructions*, you could void the Precor limited warranty.

# DANGER

Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the treadmill is properly grounded. Do not modify the plug provided with the treadmill—if it will not fit the outlet, have a proper outlet installed by a qualified technician.

### 120V  UNITS  DESIGNATED  FOR  U.S.  MARKETS

The C964i or C962i treadmill is for use on a nominal 120-volt circuit and has a grounding plug that looks like the plug as illustrated in Diagram A. Make sure that the treadmill is connected to an outlet having the same configuration as the plug. No adapter should be used with this product.

---

**Diagram A**
*Proper grounding plug and power outlet for 120 volt.*



### 240V  UNITS  DESIGNATED  FOR  U.S.  MARKETS

The C964i or C962i is for use on a circuit having a nominal rating more than 120 volts and is factory-equipped with a specific power supply cord to permit connection to a proper electric circuit. Make sure that the C964i or C962i is connected to an outlet having the same configuration as the plug. No adapter should be used with this product. If the C964i or C962i must be reconnected for use on a different type of electrical circuit, the reconnection should be made by qualified service personnel.

Downloaded from www.Manualslib.com manuals search engine

# Information Regarding International Use

### FCC Communications Commission, part 15

The C964i and C962i treadmills have been tested and found to comply with the limits for a Class A digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference when the equipment is operated in a commercial environment. The C964i and C962i treadmills generate, use, and can radiate radio frequency energy and, if not installed and used in accordance with the instruction manual, may cause harmful interference to radio communications. Operation of the C964i or C962i treadmill in a residential area is likely to cause harmful interference in which case the user will be required to correct the interference at his or her own expense.

**CAUTION: Per the requirements of the Federal Communications Commission, changes or modifications to this product not expressly approved by Precor, could void the user's authority to operate the product.**

### Canadian Department of Communications

This digital apparatus does not exceed the Class A limits for radio noise emissions from digital apparatus set out in the Radio Interference Regulations of the Canadian Department of Communications.

"Le présent appareil numérique n'émet pas de bruits radioéélectriques dépassant les limites applicables aux appareils numériques de la class A prescrites dans le Règlement sur le brouillage radioélectrique édicté par le ministére des Communications du Canada."

### European Applications

This product conforms to the requirements of the European Council Directive 89/336/EEC, Electromagnetic Compatibility and has been tested to the following standards:

EN55022, Limits & Methods of Measurement of Radio Interference, Information Technology Equipment (Class A).

EN50082-1, Generic Immunity Standard for Residential, Commercial and Light Industrial Products (Class B).

This apparatus additionally conforms to the requirements of the European Council Directive 73/23/ECC, Low Voltage Directive and has been tested to the following standard:

IEC 335-1, Safety of Household and similar Electrical Appliances.

### European Applications—240 Volt Units Only

These products have been tested to the requirements of EN55022, "Limits and methods of measurement of radio interference of information technology equipment." Per that standard, the C964i or C962i treadmill is a Class A product. In a domestic environment,

Downloaded from www.Manualslib.com manuals search engine

# Personal Safety

When using the C964i or C962i, take the following precautions:

## WARNING — MAXIMUM SPEED MAY EXCEED USER'S CAPABILITIES

While the C964i or C962i treadmill is set at the manufacturer's for a maximum speed of 12 miles per hour, the treadmill can be programmed for a maximum speed of 15 mph (24 kph), or 4 minute miles (6 minute kilometers). The higher speed is designed for the occasional use of a highly competitive runner, and may exceed the capabilities of many users, particularly with extended use. If the unit is programmed for a maximum speed of 15 mph (24 kph), then each user must be individually informed of the higher limit, and warned that the speed may exceed that user's capabilities. In addition, the unit must be clearly marked that it has been set for a maximum speed of 15 mph (24 kph).

- Do not allow children on or near the treadmill without adult supervision. Do not leave children unsupervised around the treadmill. Turn OFF the tread-mill and switch the safety key OFF, to help guard against unauthorized use.

- Turn OFF and unplug the treadmill when adjusting or working near the rear roller. Do not make any adjustments to the running belt when someone is standing on the unit.

- Keep all electrical components, such as the motor, power cable etc., away from water or other liquids to prevent shock. Do not set anything on the handrail, display console, or hood. Never place liquids on any part of the unit.

- Always attach the safety clip to your clothing prior to beginning your workout. A cord connects the safety clip to the safety switch on the treadmill. By pulling on the cord, you can stop the running belt if you encounter difficulties.

- Assemble and operate the treadmill on a solid, level surface. Locate it at least 4 feet from walls or furniture. Keep the area behind the treadmill clear.

- Wear proper exercise clothing and shoes for your workout—no loose clothing. Do not wear shoes with heels or leather soles. Check the soles of your shoes and remove any dirt and embedded stones. Tie long hair back.

- Keep all loose clothing and towels away from the running surface. The belt will not stop immediately if an object becomes caught in the belt or rollers.

- Use care when getting on or off the treadmill. Use the handrails whenever possible. Do not get on or off the treadmill when the running belt is moving.

- Before the running belt begins moving (prior to your workout), and after it stops (at the end of a workout), straddle the belt by placing your feet firmly on the right and/or left staging platforms.

- Never turn ON the treadmill when someone is standing on the unit.

- Keep your body and head facing forward. Never attempt to turn around on the treadmill when the running belt is moving.

- Do not rock the unit or stand/climb on the handrails, display console, or hood.

- Do not attempt to service the treadmill yourself other than the assembly and maintenance instructions found in this manual. See *Obtaining Service*.

- Do not overexert yourself or work to exhaustion. Stop your workout imme-diately if you feel any pain or abnormal symptoms. Consult your physician.

Downloaded from www.Manualslib.com manuals search engine

# Precor Heart Rate Option—Safety Guidelines

The Precor Heart Rate Option was created and designed exclusively for Precor products. Before using this option, read and follow the instructions found in the owner's manual that accompanies your option kit or chest strap transmitter.

The equipment is extremely sensitive—you should use the heart rate option with this in mind and take time to read the following guidelines:

- Do not drop the equipment. It might damage the transmitter and you could void the manufacturer's limited warranty.

- Do not place the chest strap near strong electromagnetic radiation sources. Television sets, electric motors, radios, and high voltage power lines can interfere with the heart rate signal and might affect the heart rate readings that appear on the electronic console.

- Use only one chest strap at a time inside the range of the receiver. If the receiver tries to process several signals simultaneously, an incorrect heart rate reading could result. Be sure to keep any other transmitters at least 5 feet (1.5 meters) away from the receiver on your treadmill.

- The chest strap should not be immersed in water, however, wetting the electrodes and your chest improves initial performance. Note that perspiration on the chest strap during workouts is normal and actually enhances the signal being sent from the chest strap's transmitter.

- To conduct the electrical impulses from your heart, the chest strap's electrodes require a certain percentage of salts and minerals in the water used to wet them. The electrodes transmit your heart rate reading as long as they are in contact with your skin and your skin is providing enough moisture through your perspiration to keep the electrodes wet. However, if the concentration of salts in your perspiration is not high enough to conduct electrical impulses and send them to the receiver, your heart rate reading will appear erratic or not appear at all. Some people cannot use the heart rate feature because they do not have the proper body chemistry.

  **Note**: The spray in the option package may help increase the conductivity of the chest strap electrodes. Use it as described in the option kit.

- Do not use the chest strap if you are taking any medication or have a cardiac pacemaker. Inaccurate heart rate readings can occur due to medication or electrical impulses from the cardiac pacemaker.

- Stretching or bending the electrode strips on the chest strap may cause the strips to lose their conductivity. Handle the chest strap with care.

- After extensive use, the chest strap (transmitter) may wear out, causing inaccurate heart rate readings. With every use, check the strap for excessive wear. To replace it, see *Obtaining Service* on the inside front cover.

Precor treadmills are designed for the enjoyment of the serious runner as well as the dedicated walker. By following the above precautions and using good common sense, you will have many safe and pleasurable hours of healthful exercise with your Precor treadmill.

Downloaded from www.Manualslib.com manuals search engine

# Table of Contents

Before You Begin ......................................................................... ii
    About this Manual ................................................................... ii
    Obtaining Service .................................................................... ii
    Important Safety Instructions ................................................... iii
    Grounding Instructions ............................................................ iv
    Information Regarding International Use .................................... v
    Personal Safety ...................................................................... vi
    Precor Heart Rate Option—Safety Guidelines .......................... vii
Unpacking the Treadmill ............................................................. 1
Setting Up the Treadmill ............................................................. 2
    Installation Requirements ......................................................... 2
    Assembly Instructions ............................................................. 3
    Checking the Alignment of the Running Belt ............................. 6
Using the Commercial Treadmill .................................................. 8
    Using the Club Program .......................................................... 8
    Choosing between U.S. Standard and Metric Displays .............. 10
    Checking Odometer, Time Meter and Software Version ........... 10
Working Out on the Commercial Treadmill ................................... 11
    Turning the Treadmill ON and OFF ......................................... 11
    Using the Safety Features ....................................................... 12
    Understanding the Electronic Console ..................................... 12
    Left Display ........................................................................... 15
    Right Display ......................................................................... 15
    Understanding Smart Rate on the C964i .................................. 17
Exercising on the C964i/C962i Treadmill ..................................... 18
    Cooling Down After Your Workout ........................................... 20
    Pausing During Your Workout .................................................. 21
    Ending Your Workout ............................................................. 21
Utilizing the Heart Rate Interactive Courses ................................ 22
    Using Manual Mode and the Quick Start Key ........................... 23
    Using the C964i Heart Rate Course ......................................... 23
    Using the C964i Weight Loss Program ..................................... 25
    Changing the C964i Interval Course Profile .............................. 26
    Using the C964i Random Course ............................................. 26
Maintaining the Commercial Treadmill ......................................... 27
    Cleaning the Treadmill ............................................................ 27
    Aligning the Running Belt ....................................................... 27
    Correcting Inconsistent Heart Rate Readings ........................... 29
    Troubleshooting Heart Rate Error Messages ............................ 30
    Servicing the Treadmill .......................................................... 30
    Power Cord Maintenance ....................................................... 30
    Long Term Storage ................................................................ 30
Special Forms ........................................................................... 31
    Workout Statistics Log ........................................................... 31

ADDITIONAL
INFORMATION

Downloaded from www.Manualslib.com manuals search engine

## Unpacking the Treadmill

Your C964i or C962i treadmill is carefully inspected before shipment, so it should arrive in good operating condition. Precor ships the unit in two pieces: the base frame and the upright/console assembly.

Carefully unpack the parts from the shipping container.

**CAUTION: This unit weighs over 350 pounds. To avoid injury and ensure the safety of the unit and yourself, get appropriate assistance before removing the base frame assembly from its container.**

After unpacking the treadmill, open the hardware kit and make sure that you have the following items:

☐ twelve bolts—for installing the upright/console assembly

☐ one 3/16" hex key—for installing the upright/console assembly

☐ one 1/4" hex key—for adjusting the belt tension

If any items are missing, contact your Precor Commercial Products Service Representative at 1-888-665-4404.

**Note**: After assembling the treadmill, be sure to store the hex keys in a secure place. The tools are for specific maintenance procedures that are described in this manual.

Optional equipment that you can purchase from your dealer includes:

• Precor Heart Rate Option

• Precor Smart Weights

• C964i/C962i Handrail Installation Kit — provides long and short handrails

• C964i/C962i Security Lock — helps to prevent unauthorized use

• CSAFE option— (C964i only)

If you are interested in obtaining Precor option kits for your unit, check with your dealer.  To locate the dealer nearest you, call 1-888-665-4404. For customer service see *Obtaining Service* on the inside front cover.

Downloaded from www.Manualslib.com manuals search engine

# Setting Up the Treadmill

You do not need any special knowledge or experience to set up a C964i or C962i treadmill, however you will need assistance. Because of the size and weight of the treadmill, it is recommended that at least three people assemble it.

## INSTALLATION REQUIREMENTS

Follow the installation requirements below when installing and assembling the treadmill. *If you do not install the treadmill according to the following guidelines, you could void the Precor limited warranty.*

- **Set up the treadmill on a solid, flat surface.** A flat surface is required for your safety and proper alignment of the running belt. An adjustable foot exists to help "fine tune" the unit once it is in place.

- **Locate the treadmill at least 4 feet from walls, equipment, and furniture.** Be sure to allow ample space in front of the machine to allow easy access to the ON/OFF switch. Open space to the sides and rear of the unit makes for a safer mount and dismount and easier belt adjustment.

- **Fill out and mail the limited warranty card.** The serial number is located on the inboard-side of the running bed at the left, rear corner of the treadmill. You will need to be on your knees and bend down to see it. Write the serial number in the space provided on the inside front cover of this manual.

- **Use the appropriate voltage, dedicated circuit, and grounding as specified on the treadmill.** The treadmill is available in both 120-volt and 240-volt models. Refer to the treadmill's identification label to determine the voltage that your treadmill requires. Both the 120-volt and 240-volt models require a dedicated 20 amp circuit.

- **Acquire the appropriate tools.** You will need assistance and a wire cutter. A bubble level is also useful to check the running surface of the treadmill once it is assembled and placed in its final location.

**CAUTION: Do not use a non-grounded outlet or transformer. Do not remove or otherwise bypass the plug with an adapter. Electrical damage can occur and void the Precor limited warranty if the treadmill is connected to an improper power source.**

Downloaded from www.Manualslib.com manuals search engine

*ASSEMBLY  INSTRUCTIONS*

Take the following steps to assemble the C964i or C962i treadmill. We recommend that at least three people assemble this treadmill.

1.  Unpack the treadmill and remove the packing materials from the base and upright/console assembly.

    **CAUTION: To avoid injury and ensure your safety, get appropriate assistance before lifting the treadmill off the pallet and rolling it onto the floor. Do not drop the unit.**

2.  Remove the treadmill from the shipping pallet. Use a wire cutter to cut the cable tie wraps that secure the front and hold down the rear of the treadmill. Once the cable ties are cut, ask for assistance to lift the treadmill off the shipping pallet.

3.  Make sure that the treadmill is unplugged and turned OFF. Do not assemble the treadmill if it is plugged into a power outlet.

4.  Use a 3/16" hex key to remove the six screws located around the base of the hood. Stand at the front of the treadmill and pull up on the base of the hood to detach it from the treadmill. Set the hood aside.

5.  Detach the motor wire from the circuit board. See inset in Diagram 1. Then, with the 3/16" hex key, remove the 3 screws that secure the front panel to the base. Gently pull the front plate away from the column support mounts. This exposes the printed circuit board and the cable receptacles. See Diagram 1 below.

**Diagram 1**



Motor wire

Electronics lower board

Security lock
(purchase option)

Column support mount

Front panel

Downloaded from www.Manualslib.com manuals search engine

**Diagram 2**



Upright/console assembly

Round jacketed cable

Bolt holes

Security key (optional)

Column support mount

Base frame

6.  Take the following steps to secure the upright/console assembly to the base of the treadmill:

    a.  Position the upright/console assembly so that both the right and left handrail columns align over the column support mounts. Have an assistant thread the round jacketed cable through the left side column support as shown in Diagram 2.

        **CAUTION: Be sure not to crimp or pinch the cable as you place the upright/console assembly into position. Cables pinched or otherwise damaged by improper installation will not be covered by the limited warranty.**

    b.  Carefully lower the upright/console assembly onto the column support mounts on the base frame (see Diagram 2).

    c.  Take the twelve bolts from the hardware kit and secure the upright/console assembly to the base frame.

    d.  Finger-tighten each bolt. Using the hex key, alternately tighten the bolts until all twelve bolts are secure against the upright/console assembly.

Downloaded from www.Manualslib.com manuals search engine

**Diagram 3**



Speed sensor
Round cable receptacle
Round cable connector
Printed circuit board

*Connect the motor's power cable to the receptacle on the circuit board*

Motor

7.  Take the cable connector that you threaded through the left side column support in step 6a. and align the tabs on the cable connector with its corresponding receptacle on the printed circuit board. (See Diagram 3.) Make sure that all pins are aligned and fully engaged. The connector is designed to engage in one direction only. Do not force the connector into the receptacle.

    **Important:** Once you have connected the cable to the lower board, use the supplied tie wraps to secure the cable to the base assembly. These tie wraps help keep the cable from getting crimped or pinched when you replace the hood. Slide any excess cable back into the column support.

8.  Return the front panel to its upright position and attach the motor's power connection cable to the lower board. The connector is designed to engage in one direction only. Insert it into the receptacle with the proper orientation. See Diagram 3.

9.  Secure the front panel by replacing the 3 screws. Tighten the screws with the 3/16" hex key.

10. Replace the hood that you removed in step 4. Align the screw holes and then replace and tighten the six screws using the 3/16" hex key.

    **Note**: Long and short handrail options are available for the C964i and C962i. Check with your dealer or see *Obtaining Service* on the inside front cover.

Downloaded from www.Manualslib.com manuals search engine

**CAUTION: Be sure to get the appropriate number of people to help you move the treadmill to its final location. A fully-assembled C964i or C962i treadmill is very heavy and you might injure yourself if you move the treadmill improperly.**

11. If you need to move the treadmill, ask for assistance. Roll the treadmill on its front wheels to its new location by lifting the rear end of the unit.

**CAUTION: Do not remove or otherwise bypass the 3-prong plug with an adapter in order to use a non-grounded outlet. Do not plug the treadmill into a power transformer in an attempt to adjust the voltage requirements.**

12. The treadmill requires a dedicated circuit. Plug the treadmill into a grounded outlet with a dedicated circuit. Make sure that no other product or machine uses the same circuit as the treadmill.

13. Continue to *Checking the Alignment of the Running Belt* to complete the installation of the treadmill.

## *CHECKING THE ALIGNMENT OF THE RUNNING BELT*

The belt is aligned at the factory before shipment. However, during shipment or by using the treadmill on an uneven surface, the belt might move off center. Proper belt alignment is important because it allows the belt to remain centered and assures smooth operation.

Follow these steps to check the alignment:

**CAUTION: Do not walk on the running belt during this procedure.**

1. The C964i and C962i have adjustable rear feet. Check to make sure that the running surface is level before continuing with the following steps. If the treadmill is placed on a slightly, uneven surface, adjusting the rear feet can help, but will not compensate for extremely uneven surfaces.

   **Important**: The maximum recommended height that you raise or lower the rear of the treadmill should be no more than a 1/4". You can turn the rear foot counterclockwise or clockwise using a crescent or open-end wrench.

2. Check to be sure that the safety switch is positioned at the green dot before turning ON the treadmill. Locate the ON/OFF power switch at the front of the hood and turn it to ON ( I ).

Downloaded from www.Manualslib.com manuals search engine

3. Stand next to the treadmill and press **QUICK START**. The running belt begins moving at 1 mph (1.6 kph) after a warning message scrolls across the display.

4. Continue to stand next to the treadmill and increase the running belt speed to 2 mph (3.2 kph) using the SPEED ▲ key.

   **CAUTION: If you hear any chafing or the belt begins to shred, stop the running belt immediately by pressing the STOP key. Turn OFF the unit and do not use the treadmill. Consult with your local dealer or Precor representative.**

5. Walk around to the rear of the treadmill and observe the belt as it runs over the rear roller (watch for about one minute).

   • If the running belt remains centered on the treadmill, then the belt is functioning correctly and no adjustment is necessary.

   • If the running belt drifts to one side, then you need to adjust the belt; see *Aligning the Running Belt* in the maintenance section of this manual for instructions.

     **Important:** If you notice that the belt needs alignment, make the adjustments at once before using the treadmill. Failure to do so might cause the belt to tear or fray which is not covered by the limited warranty.

6. Press STOP/PAUSE to slow the running belt to a gradual stop.

If the belt is functioning correctly, the treadmill is assembled and ready to use.

Downloaded from www.Manualslib.com manuals search engine

# Using the Commercial Treadmill

This section familiarizes you with the C964i/C962i display and the different programs you can use to customize the unit to your customers needs.

## USING THE CLUB PROGRAM

The Club Program lets you customize these features:

- **Maximum speed**—You can set the internal maximum speed of the tread-mill between 1 and 15 miles per hour (1 and 24 kilometers per hour) on both the 120v and 240v units. Once you designate a maximum speed, a user cannot exceed that speed during a workout.

- **Maximum workout time**—You can set a workout time limit between 10 and 240 minutes in variable increments (see the list below). For example, if you set the maximum workout time to 20 minutes, the treadmill allows users to specify a workout time from 10 to 20 minutes. Users could not specify a workout time longer than 20 minutes. When you buy the treadmill, the workout limit is set at 60 minutes. The incremental displays vary as shown below:

  | Time settings: | Displays increments of: | For example: |
  | --- | --- | --- |
  | 10 to 20 minutes | 1 minute | 11, 12, 13,... |
  | 20 to 60 minutes | 5 minute | 25, 30, 35,... |
  | 60 to 240 minutes | 15 minute | 75, 90, 105,... |

- **Language**—The prompts and informational messages in the display can appear in one of four languages. Whichever language you choose (English, German, Spanish, or French), affects all the prompts and informational messages that appear on the display.

- **Custom courses (**C964i only**)**—You can design two custom courses to meet your customers' needs. The entire course profile appears on the display and you use the INCLINE and SPEED ▼ or ▲ keys to make changes to the profile.

  **Note**: After accessing the Club Program, you can exit it at any time by pressing RESET. Any changes you may have made will not be saved.

Accessing the Club Program requires pressing specific keys on the display. This design helps secure the treadmill from unauthorized access and changes.

To use the Club Program, take the following steps:

1. Make sure that the treadmill is placed in its final location and plugged in.

Downloaded from www.Manualslib.com manuals search engine

2.  Check to see that the safety switch is positioned at the green dot. If the safety switch is in the OFF position, the treadmill will not turn ON. Change its position and align it with the green dot.

3.  If necessary, turn ON the treadmill using the ON/OFF power switch. This switch is located on the front of the treadmill, near the power cable.

4.  When start-up prompt "**PRESS ENTER TO BEGIN OR PRESS QUICK START**" appears, access the Club Program by sequentially pressing **STOP, SPEED ▼, SPEED ▲, SPEED ▼, RESET, SPEED ▼, SPEED ▲,** and **SPEED ▼**. (Numbers on the display appear in sequence: 4, 5, 6, 5, 1, 5, 6, and 5.)

    **Note**: You must sequentially press each key within 4 seconds of each other or the display reverts back to the start-up prompt.

6.  **Maximum Speed:** Use any ▼ or ▲ key to designate a speed limit between 1 and 15 mph (1 and 24 kph). The speed you designate limits the speed of the treadmill. Press ENTER when the desired speed appears.

7.  **Maximum Workout Time:** Use any ▼ or ▲ key to designate a time limit between 10 and 240 minutes. The amount of time you choose limits the length of a person's workout. (This does not include the automatic 5-minute cool-down period.) Press ENTER to accept the  time limit.

    **Note**: Continuous pressure on the arrow key lets you scroll through the numbers being displayed.

8.  **Language:** Use any ▼ or ▲ key if you want to change the language. You can choose between English, German, Spanish, or French. When you change the language, you affect all the prompts and informational messages that appear on the display. Select the language being displayed by pressing ENTER.

9.  **Custom Courses (**C964i only**):** The course profile appears in the center display. (If you want to customize course number 2, press ENTER.)

    When you enter custom mode, you have the ability to "draw over" an existing course profile. The entire course appears on the display. A blinking LED cell appears at the top of the far left column and indicates your position. Any changes that you make occur only in that column. Begin modifying the course profile one cell at a time using any **INCLINE ▼** or ▲ key. If you are satisfied with the column, press **SPEED ▲** to move to the next column.

    **Note**: The SPEED ▼ or ▲ keys move the blinking segment to the right and left on the display. The INCLINE ▼ or ▲ keys move the blinking segment up or down. Negative incline is not available in custom mode.

Downloaded from www.Manualslib.com manuals search engine

10. Once you have completed customizing the course, select ENTER to save the course profile.

   **Note**: Any time you are customizing a course on the C964i, you can press STOP and exit the program. Any changes are not saved. The course profile reverts back to the previous profile stored in memory.

11. If you were customizing Course 1, Course 2 appears on the display. You can modify the profile or press ENTER to return to the C964i banner.

When the "**C964i**" banner appears, the treadmill is ready to use. To review your custom course modifications, do not use QUICK START. Instead, select the appropriate custom course number at the "**SELECT COURSE**" prompt. See the section titled, *Exercising on the C964i/C962i Treadmill.*

## CHOOSING BETWEEN U.S. STANDARD AND METRIC DISPLAYS

The treadmill lets you select either U.S. Standard or Metric, by taking the following steps:

1. At the start-up prompt "**PRESS ENTER TO BEGIN OR PRESS QUICK START**," press **STOP, SPEED ▼, SPEED ▲**, and **QUICK START**. (Numbers on the display appear in sequence: 4, 5, 6, and 7.

   **Note**: You must sequentially press each key within 4 seconds of each other or the display reverts back to the start-up prompt.

2. A message appears in the right display window explaining the selections (either U.S. Standard or Metric). Use a ▼ or ▲ key, to select the unit of measure and then press ENTER.

## CHECKING ODOMETER, TIME METER, AND SOFTWARE VERSION

To display the total accumulated miles (or kilometers), the cumulative time that the motor and running belt have been in operation, and the software version number, press the following keys in sequence: STOP, SPEED ▲ and SPEED ▼.

The accumulated miles or kilometers appear in the right display windows. Press ENTER and the numbers that appear indicate the total time the that the motor and running belt have been in operation. Press ENTER again and the software version number and the software prom part number appear.

All these numbers are useful if you need to call Customer Service. Press ENTER to return to the C964i banner or C962i start-up prompt.

Downloaded from www.Manualslib.com manuals search engine

# Working Out on the Commercial Treadmill

The C964i and C962i treadmills are designed so that users can work out without instruction or training. The directions on the console and the prompts on the display will guide a user through the entire workout session. Before the treadmill is used, however, we recommend familiarizing yourself with it so it will be used safely and effectively. This section covers the following information:

• instructions for turning the treadmill ON and OFF

• instructions on how to use the safety features

• an overview of the features provided on the electronic console

• instructions for exercising on the treadmill

• an explanation about using Manual mode and the QUICK START key

• information about Smart Rate™ and the Heart Rate Interactive Courses (Heart Rate and Weight Loss) on the C964i

• an explanation about the C964i Interval and Random courses

*TURNING THE TREADMILL ON AND OFF*

To turn ON the treadmill, take the following steps:

1. Insert the security key on the front of the hood and lock it into position. This is an optional step and can only be done if you have purchased the Precor Security Key Option.

2. Align the safety switch with the green dot.

3. Use the ON/OFF power switch to turn ON the treadmill. This switch is located on the front of the treadmill, near the power cable.

To turn OFF the treadmill:

1. Use the ON/OFF power switch to turn OFF the treadmill.

2. Remove the security key (if you have purchased this option) and store it in a safe place to prevent unauthorized use.

Downloaded from www.Manualslib.com manuals search engine

*USING  THE  SAFETY  FEATURES*

**Security Lock:** A security key can be purchased from your dealer and is optional equipment that can help prevent unauthorized use. It is located near the ON/OFF switch and must be inserted and locked into position before power can be supplied to the treadmill. You can remove the security key, during non-business hours when the treadmill is not being used, and store it in a safe place to prevent unauthorized use.

The three-position safety switch lets the user stop the running belt in an emergency situation. In preparing for a workout, align the safety switch with the green dot and clip the safety switch cord to clothing at the waistline before you step onto the running belt. By taking this precaution, a tug on the safety switch cord trips the safety switch and slows the running belt to a safe stop.

**Important**: Always attach the safety switch cord to your clothing before each workout. Use the clip provided on the end of the cord. Be sure that the safety switch is positioned at the green dot before working out.

If the safety switch trips while you are working out, the treadmill retains your workout statistics. Realign the safety switch at the green dot and press the SPEED ▲ key to return to the desired speed.

*UNDERSTANDING  THE  ELECTRONIC  CONSOLE*

Once the treadmill is assembled, it is ready to use. There are no complex instructions to follow or mandatory programming steps required to operate the treadmill. Choose either the Quick Start feature which lets you immediately start the Manual program, or the Setup Mode which prompts you for more specific information. On the C964i, you can also select one of several workout programs.

When you use the Precor Heart Rate Option, the Smart Rate™ feature provides visual aids regarding your heart rate. The Precor chest strap that you wear transmits a signal which is picked up by the software and displayed numerically (when the Heart Rate indicator is lit) and, on the C964i, graphically along the bottom of the left window display. The blinking segment helps you maintain your heart rate in the weight loss or cardiovascular zones.

Informative messages also scroll across the display. These messages request information and action, or explain problems that may arise while you are using the treadmill. Some problems you can solve (see *Troubleshooting Heart Rate Error Messages*). Other problems require a qualified service technician.

Downloaded from www.Manualslib.com manuals search engine

**Diagram 4**
*C964i display
shown.*



As you exercise, the electronic console provides motivation and presents constant feedback about your progress. An explanation of each feature on the console follows Diagram 4.

**Note**: The large course profile, WORK LEVEL, and Smart Rate displays do not appear on the C962i. The C962i only provides the Manual Course program.

The console's keypad has two sets of keys. The upper set (RESET, CHANGE, and ENTER) affect the electronic console displays, the lower set (WORK LEVEL/INCLINE CONTROL, STOP/PAUSE, SPEED CONTROL, and QUICK START/SET PACER) affect the function of the treadmill and running belt.

**Note**: Before your workout, the ▼ or ▲ keys let you select specific information being displayed on the console.

**RESET:** While you are answering the setup prompts or when the running belt is stopped, you can cancel the program, clear the display, and return to the initial start-up prompt, by pressing RESET. The initial start-up prompt, "**PRESS ENTER TO BEGIN OR P**RESS QUICK START**" appears on the display. You can then begin another exercise program.

**CHANGE** keys: Each of three "change" keys appear below their respective column of functions. Display a particular function by pressing the appropriate CHANGE key until the function's indicator lights. For example, if the PACER DISTANCE indicator is lit during a workout, you can change the display to indicate the number of calories being burned by pressing the CHANGE key until the CALORIES indicator is lit.

**ENTER:** When you turn ON the treadmill, several prompts appear before you start your workout. Each prompt needs to be addressed and then "entered" into the treadmill's memory by pressing the ENTER key.

page 13

Downloaded from www.Manualslib.com manuals search engine

**WORK LEVEL/INCLINE CONTROL**: The ▼ and ▲ keys adjust the incline of the running bed from -3% to +15%. On the display, changes in incline can be seen in the course profile. In Manual mode, the ▼ and ▲ keys affect the current blinking segment and adjust the remainder of the course. In the Interval course, the ▼ and ▲ keys affect the current segment and all subsequent work or rest segments (depending on which one you changed).

**STOP/PAUSE**: To pause or end your workout, press this key. The running belt slows to a safe stop. The workout statistics remain displayed on the console until you press the SPEED ▲ key again. To clear the displays, press RESET.

**Important**: If a pause continues for more than two minutes, the treadmill automatically resets and returns to the start-up prompt.

**SPEED CONTROL**: These ▼ and ▲ keys let you decrease or increase the treadmill's speed. The maximum speed can be set in the custom mode. (See *Using the Club Program*.) The range of speed is from .5 to 15 mph or .8 to 24 kph.

**Note**: The treadmill's running belt starts moving at 1 mph (1.6 kph). However, you can lower the speed to .5 mph (.8 kph) by pressing the SPEED ▼ key.

**QUICKSTART/SET PACER**: To use the Manual program, you can bypass the setup prompts by pressing the QUICK START key while the start-up prompt is displayed. Otherwise, you can select a course and press QUICK START.

**QUICK START Default Values**

| Prompts | Default Value | |
|---------|---------------|---|
| Course | Manual | |
| Time | 30 minutes* | *Or Club limit whichever is less. Weight Loss Course is fixed at 28 minutes. |
| Weight | 150 lbs (70 kg) | |
| Age | 30* | *Only appears if the Precor Heart Rate Option is installed in the console. |

If you press QUICK START any time during the setup prompts, the default values become effective for the prompts that you bypassed. When you press QUICK START to bypass some or all of the setup prompts, a message scrolls across the display "**Belt Starting 3, 2, 1,...**" The running belt begins moving at 1 mph.

**SET PACER:** If you want to use a pacer, you need to press the SET PACER key once your workout has begun. During a workout, you can press the SET PACER key to reset the speed of the pacer to your current travelling speed.

The pacer's speed and distance appears in numeric form and provides information that can help motivate you while you work out.

page 14

Downloaded from www.Manualslib.com manuals search engine

## LEFT DISPLAY

The left display on the electronic console provides graphic information about your workout session. The course profile that appears in the left window display corresponds to the program you selected. As you proceed through your workout, your position is indicated by a blinking cell.

**WORK LEVEL:** Shows the selected effort level, from 1 to 10. The higher the number you select, the greater the inclines become. You can change the work level anytime during a workout by using the WORK LEVEL/INCLINE CONTROL ▼ and ▲ keys to increase or decrease the degree of effort in your workout.

**Note**: A WORK LEVEL prompt does not appear when you use the manual or interval programs.

**%INCLINE:** Shows percent of incline in a bar graph format from -3% to +15%.

**SMART RATE**™: The name given to the bar graph that appears at the bottom of the C964i display. When you wear the Precor Heart Rate Option's chest strap, a blinking segment approximates a percentage of your maximum aerobic heart rate and shows you the zone that your heart rate is in: either Weight Loss or Cardiovascular. Refer to *Understanding Smart Rate*.

## RIGHT DISPLAY

The right display windows on the electronic console provide alphanumeric displays. The top right display window indicates what you are doing on the treadmill and the lower right display window explains how to do it. Prompts appear in the top right display window prior to your workout; what you need to do to answer the prompts appears in the lower right display window. Once you begin a workout, the top right display window indicates the time, distance, and speed and the lower right display window shows the information you choose to highlight in the rows of columns beneath the right display windows.

During your workout, indicator lights appear in the columns below the right display windows indicating which information is being displayed. You can determine what information will appear by pressing the CHANGE keys and highlighting a particular feature.

**TIME:** Displays the time that has elapsed since beginning a specified program. Use this display to pace yourself during a workout.

**DISTANCE:** Shows the distance that you have travelled during your workout. Distance can appear in miles or kilometers. If you wish to change the display, follow the instructions found in *Using the Club Program*.

Downloaded from www.Manualslib.com manuals search engine

**SPEED:** Once you begin a workout, the speed at which you are travelling appears in this display. Your speed can appear in miles per hour or kilometers per hour. If you wish to change the type of units being displayed, follow the instructions found in *Choosing Between U.S. Standard and Metric Displays.*

**SEGMENT TIME LEFT:** Indicates the amount of time left in a particular column (or segment) before the cell at the top of the next column begins blinking.

**MINUTES PER MILE (KM):** Indicates how many minutes it would take you to travel one mile (kilometer) at your current speed.

**WATTS:** Indicates the amount of energy currently being expended.

**PACER DISTANCE:** Shows the distance that the pacer has travelled.

**Note**: If you press the QUICK START/SET PACER key during a workout, the pacer's distance display is reset to your current distance.

**CALORIES:** Provides the cumulative number of calories burned in the workout.

**CALORIES PER MINUTE:** Indicates the number of calories per minute.

**PACER SPEED**: The current speed appears in this display when the PACER key is pressed.

**Note**: If you press the QUICK START/PACER key during your workout, the pacer's speed resets to your current travelling speed.

**INCLINE:** Displays the percent of incline during your workout. The INCLINE display appears any time the incline changes. After a few seconds, the display resets to its current settings.

**METS:** Displays the metabolic units associated with your workout.

**HEART RATE**: The heart rate display helps you monitor your heart rate and, in the C964i Heart Rate and Weight Loss courses, keeps you at your target heart rate. You must wear the Precor Heart Rate Option chest strap transmitter before your heart rate can appear on the display. For more information, see your *Precor Heart Rate Option Owner's Manual.*

**OFF**: The OFF indicator at the bottom of the first two rows lets you choose what you want displayed in the lower right display window. If you move the indicator light to OFF using the CHANGE key, no information is displayed for that column.

Downloaded from www.Manualslib.com manuals search engine

## UNDERSTANDING  SMART  RATE  ON  THE  C964i

The C964i software incorporates the latest in cardiac monitoring to provide Smart Rate™—a visual aid that lets the user know what his or her heart rate is at a glance. When the Precor Heart Rate Option chest strap is worn, the graph on the display lights up with colored cells to indicate exercise intensity. A specific percent of the user's heart rate appears as a blinking cell within that zone.

**Important**: The Smart Rate blinking indicator light and the heart rate display only appear when a receiver is installed in the electronic display and the chest strap transmitter is used. If the Smart Rate lights appear, but do not blink, it means that a receiver is installed, but the user is not wearing the chest strap transmitter or it is not working properly. Refer to *Obtaining Service* on the inside front cover.

Smart Rate simplifies the correlation between heart rate and exercise. You don't have to stop concentrating on your workout to find your pulse anymore. Smart Rate performs all the calculations for you and displays a graphic image of where you are in your zone. Smart Rate uses your age and your maximum aerobic heart rate to calculate a zone. The blinking cell symbolizes the percent at which your heart rate is working and displays it in the cardiovascular or weight loss zone.

Using Smart Rate during a workout with *any* C964i program helps maximize the user's weight loss or cardiovascular fitness regimen. While a user works out in a particular course, show him or her the Smart Rate display and change the incline to position his or her heart rate in the desired Smart Rate zone.

**Important**: The Smart Rate indicator lights do not appear when you use the QUICK START key.

When the heart rate is maintained between 70% and 85% of a person's maximum aerobic heart rate, overall improvement occurs to their cardiorespiratory fitness level. If a person maintains his or her heart rate between 55% and 70% of their maximum aerobic heart rate, he or she is burning enough calories that, when continued on a regular basis for 30 minutes or more, provides primarily fat-burning (weight loss) benefits.

Downloaded from www.Manualslib.com manuals search engine

# Exercising on the C964i/C962i Treadmill

This section explains how to exercise on the treadmill. The Manual course is the only program available on the C962i. The C964i comes with a variety of preprogrammed courses which differ in the "terrain" you cover.

**Important**: Skip steps 5 and 8 if you are using the C962i.

All the preprogrammed courses can be performed at any of the work levels. To select the work level appropriate for your level of fitness, start with level 1 (beginner exercise or warm-up).

In addition to the C964i preprogrammed courses, you can choose a Custom course that the club owner has designed (see *Using the Club Program* ). The C964i also provides Heart Rate, Weight Loss, Manual, Interval, or Random courses which let you control your work level while the program is in progress. For more information about using the different C964i courses, refer to the sections following *Exercising on the C964i/C962i Treadmill.*

**CAUTION: Before beginning any fitness program, you should have a complete physical examination by your physician.**

To exercise on the treadmill, take the following steps:

1.  If the treadmill is OFF, turn it ON using the ON/OFF power switch. The switch is at the front of the treadmill, near the power cable. "**PRESS ENTER TO BEGIN OR** P**RESS QUICK START**" appears on the display.

    **Note**: If you have purchased the security key option, you must insert the security key properly on the front of the hood before you can turn ON the treadmill. And, if the prompt, "**RESET SAFETY SWITCH**" appears, the safety switch has been tripped. To display the initial start-up prompt, align the safety switch with the green dot. The running belt will not move until the security key is in place and the safety switch is positioned at the green dot.

2.  Stand to the side of the running belt with your feet firmly planted on the right or left side platforms. (Stand close enough to the electronic console so you can extend your arms and touch the keys.)

3.  Using the clip provided, attach the safety switch's cord to your exercise clothing at your waistline, where it will not interfere with your workout.

4.  Press ENTER to set up the workout session. If you plan on using the Manual program, you can press QUICK START to bypass the setup prompts.

    **Note**: If you choose the QUICK START feature, skip steps 5 through 8. Using the QUICK START feature causes the calories display to show the calories being burned based on a 150 pound (70 kg) person and the amount of time you can use the treadmill defaults to the club limit. You can only access the Manual course mode.

Downloaded from www.Manualslib.com manuals search engine

5. At the "**SELECT COURSE**" prompt (C964i only), choose the course number or name using any ▼ or ▲ key. Refer to the label on either side of the console for a list of the program numbers and their associated course profiles. When the desired course number or name is displayed, press ENTER. The work level defaults to a level 4. You can change the work level by pressing the WORK LEVEL ▼ or ▲ keys while you work out.

   **Note**: Pressing QUICK START any time during the setup prompts, by-passes the remaining prompts and causes the running belt to start moving at 1 mph after a warning message scrolls across the display. Stand at the side of the running belt with your feet firmly planted on the right or left side platforms

6. At the "**SELECT TIME**" prompt, specify the duration of your workout using the ▼ and ▲ keys. Press ENTER when the correct time is displayed. The length of time allowed for a workout can be limited. When specifying a workout time, you can choose any time up to, but not longer than, this limit. For example, if the time limit is set at 20 minutes, you can set a workout time from 10 to 20 minutes.

7. At the "**SELECT WEIGHT**" prompt, specify your weight using any ▼ or ▲ key. The console displays weight in 5-pound (2.3 kilogram) increments. Press ENTER when your weight is displayed. Entering a weight allows the treadmill to accurately calculate how many calories you burn during your workout.

8. At the "**SELECT AGE**" prompt (C964i only) select your age using any ▼ or ▲ key and then, press ENTER.

   **Note**: The "**SELECT AGE**" prompt only appears if the heart rate receiver is installed in the electronic console display.

9. You are prompted to press the SPEED ▲ key.

10. Step onto the running belt while the speed is at or below 1 mph (1.6 kph). Hold onto the handrail until you are comfortable with the speed.

    During a workout, you can change your work level using the WORK LEVEL/ INCLINE CONTROL ▼ or ▲ keys. Doing this affects the incline and how hard you work. It also changes the entire level of the course profile.

11. Continue your workout and maintain your exercise intensity by keeping the same speed as the pacer.

    **Note:** You can pause during your workout by pressing the STOP/PAUSE key. The belt slows to a gradual stop and your workout statistics remain displayed on the electronic console. To continue your workout, follow the instructions in steps 9 and 10.

page 19

Downloaded from www.Manualslib.com manuals search engine

12. When the selected exercise program ends or you reach the time limit, a 5-minute cool-down period occurs. The TIME display counts down from 5 to 0 minutes. Speed is reduced to 1 mph (2 kph) and the incline returns to 0% grade. (You have the option to increase the speed by pressing the SPEED ▲ key.) Your workout statistics continue to accumulate until the cool-down period has ended. For information regarding the cool-down period, refer to *Cooling Down After Your Workout.*

13. Review your workout statistics. If you have gone through the cool-down period, your workout statistics remain on the display for about 2 minutes before the display returns to the initial start-up prompt. If you ended your workout prior to the cool-down period, press RESET to return to the initial start-up prompt.

We recommend that you keep track of your workouts by writing them down. This way you can monitor your progress toward your fitness goals and also use the information as a reference in planning interesting and challenging workouts in the future. A form for recording your workout statistics is provided on page 31.

## COOLING DOWN AFTER YOUR WORKOUT

The treadmill incorporates a cool-down period into your workout if you choose a C964i preprogrammed or C964i custom course at the "**SELECT COURSE**" prompt or reach the club time limit in the manual or interval courses.

When you reach the end or time limit of a course, the following occurs:

• A prompt appears explaining that you are entering the cool-down period. If your speed was greater than 3 mph (4.8 kph), the running belt slows to 3 mph (4.8 kph). The lift moves to a 0% incline. The treadmill returns to Manual mode. You can override the incline and speed by pressing the INCLINE or SPEED ▼ or ▲ keys.

   **Note**: The speed remains constant if you were at or below 1 mph (1.6 kph).

• The TIME display resets and begins counting down from 5 minutes.

• Your workout statistics continue to accumulate and appear on the display during the cool-down period. After the 5-minute cool down has ended, a prompt "**FINAL WORKOUT RESULTS**" scrolls across the display. The workout statistics remain visible on the display for approximately 2 minutes, then, the initial start-up prompt appears.

Downloaded from www.Manualslib.com manuals search engine

*PAUSING  DURING  YOUR  WORKOUT*

Once you press QUICK START or answer the start-up prompts to begin exercising in a workout program, you can pause the program by pressing STOP/PAUSE. Pressing STOP/PAUSE saves your workout statistics and freezes the displays. The treadmill provides a 2-minute pause before resetting the displays and deleting your workout statistics. To resume your workout during the two-minute pause, press the SPEED ▲ key.

*ENDING  YOUR  WORKOUT*

If you wish to end your workout, press the STOP key. The running belt comes to a gradual stop and a prompt, "**PRESS RESET OR SPEED UP**" appears. Press the RESET key to clear the displays. The initial start-up prompt, "**PRESS ENTER TO BEGIN OR PRESS QUICK START**" appears.

**Note**: If you are using one of the C964i preprogrammed courses, the running belt slows when you reach the end of the course and provides a 5-minute cool-down period. After the cool down, the running belt slows to a gradual stop. To stop your workout before the end of the course, press STOP. Press RESET to return to the C964i banner.

Downloaded from www.Manualslib.com manuals search engine

## Utilizing the Heart Rate Interactive Courses

The Precor Heart Rate Interactive System is based on research conducted at the world-renowned Cooper Institute for Aerobics Research.

**Important**: Any program, that you wish to make heart rate interactive, must be used in conjunction with the Precor Heart Rate Option. The receiver must be installed in the console and a compatible chest strap must be worn by the user. See *Obtaining Service* on the inside front cover.

Before using the C964i Heart Rate Course or any program where you wish to display your heart rate, take time to read the following guidelines.

• Consult with your physician before engaging in any vigorous exercise. Do not use the C964i Heart Rate Course until authorized by your physician.

• Slow down and stop the workout immediately if you experience any pain or abnormal symptoms.

• Gently stretch you lower body and back before and after the course to help prevent stiffness or soreness.

• Know your heart rate (pulse) and your physician-recommended heart rate training zone. Individual heart rates vary according to several physiological factors and may not correspond directly with the tables provided.

• You should not use the C964i Heart Rate Course if you are taking any medications that either speed up or slow down your heart rate.

• After putting on the chest strap, turn the treadmill ON and position yourself on the running belt for a minimum of 15 seconds. This allows the treadmill to acknowledge the presence of the transmitter.

• While using the chest strap, face the electronic console and stay within 3 feet of it. If you move outside of the 3-foot range, the receiver might have difficulty picking up your heart rate signal.

• A warm-up and cool-down period has been incorporated into the C964i Heart Rate Course.

**Note**: On the C962i, the Manual course is the only course available. It can be made heart rate interactive if the Precor Heart Rate Option is installed and the chest strap worn by the user. It is up to the user to monitor his or her heart rate at the appropriate beats per minute. Use the CHANGE key to highlight HEART RATE so it can appear on the display.

Downloaded from www.Manualslib.com manuals search engine

## USING MANUAL MODE AND THE QUICK START KEY

Manual mode lets you control your work level and change the incline while you work out. You can choose the Manual mode in two different ways. When the start-up prompt "**PRESS ENTER TO BEGIN OR PRESS QUICK START**" is displayed, press:

• QUICK START. The QUICK START option bypasses the setup prompts and, after a 3-second delay, starts the running belt moving at 1 mph (1.6 kph). The weight setting defaults to 150 pounds (70 kg) so all calorie calculations and their associated displays are based on a body weight of 150 pounds (70 kg). You cannot change the weight or time settings if you use the QUICK START option.

**Note**: The C964i Smart Rate indicator lights do not appear if you use the Quick Start key. However, if you are wearing the Precor Heart Rate Option's chest strap, you can view your HEART RATE by pressing the CHANGE key to highlight the HEART RATE indicator.

• ENTER. This causes the treadmill to display a number of prompts as explained in the previous section titled *Exercising on the C964i/C962i Treadmill* and allows the Smart Rate display to be activated on the C964i if the Precor receiver is installed.

When you choose the **MANUAL** program, use the INCLINE CONTROL ▼ or ▲ keys to change the incline level. On the C964i, a blinking cell represents your position in the course as you proceed through your workout.

## USING THE C964i HEART RATE COURSE

Once you set you target heart rate and the running belt's speed, the C964i Heart Rate Course monitors your heart rate and automatically maintains it within a few beats per minute (bpm) of the selected target. Blinking lights on the Smart Rate™ bar graph appear to show the "zone" that you are in. Use the CHANGE key to highlight the HEART RATE indicator and your heart rate (beats per minute) appears in the right window display.

**Note**: For the C964i software to detect a heart rate, the receiver must be installed in your unit and you must wear the Precor chest strap transmitter.

To use the Heart Rate Course follow the steps in *Exercising on the C964i/C962i Treadmill* and choose the appropriate program number at the "**SELECT COURSE**" prompt. Once you have finished answering the remaining setup prompts, the following occurs:

• The software verifies that it detects a heart rate signal. You need to press the SPEED ▲ key to begin your workout.

Downloaded from www.Manualslib.com manuals search engine

**Note**: If your heart rate cannot be detected or no heart rate information is transmitted for more than 20 seconds, the incline returns to 0% and a message appears stating that no heart rate signal has been detected.

• The treadmill provides a 3-minute warm-up period before entering the actual Heart Rate Course. During this time, you need to make any changes to the target heart rate by using the INCLINE ▼ or ▲ keys. Use the SPEED ▼ or ▲ keys to set the running belt's speed.

  After the warm-up period, the treadmill automatically adjusts the incline to keep your heart rate close to the selected target. Check the Smart Rate display on the C964i to see if you are in your preferred zone (cardiovascular or weight loss).

  **Note**: You can change your heart rate or speed anytime during a workout, but doing so affects the treadmill's ability to maintain your target heart rate. It takes time for the treadmill to readjust the incline so that your heart rate remains on target.

• To view your heart rate's target percent zone and beats per minute, briefly press an INCLINE ▼ or ▲ key. To *change* the heart rate, press and *hold* the INCLINE ▼ or ▲ key.

  **Important**: A warning message will appear if you go above your maximum recommended heart rate target zone. Heed the warning and get permission from your personal physician *before* working out above the maximum recommended zone for your age and fitness level.

• When you reach the time limit, a cool-down period begins. The running belt slows to 3 mph (4.8 kph) and the incline returns to 0% incline. You can override the speed and incline by pressing the ▼ or ▲ keys.

  **Note**: The speed remains constant, if you were at or below 1 mph (1.6 kph).

  During your cool down, the displays on the console continue to appear. The TIME display counts down from five minutes so you know how long you have been in the cool-down period. Refer to *Cooling Down After Your Workout*.

• To end a cool-down period before the five minutes elapse, hold onto the handrail and press STOP.

When the running belt comes to a complete stop, straddle the running belt, remove the safety clip from your clothing, and step off the treadmill if you have finished your workout.

Downloaded from www.Manualslib.com manuals search engine

*USING THE C964i WEIGHT LOSS PROGRAM*

The Weight Loss program is similar to the heart rate interactive program because you set the target heart rates. The C964i software automatically adjusts the incline of the treadmill and maintains your heart rate settings while in the rest or work intervals.

**Note**: For the C964i software to detect a heart rate, the receiver must be installed in your unit and you must wear the Precor chest strap transmitter.

To use the Weight Loss program, follow the steps found in the section titled *Exercising on the C964i/C962i Treadmill*. When the electronic console display prompts you to select a course, choose the appropriate program number. Refer to the program course label to the side of the display.

**Diagram 5**
*Training Zones*



**Note**: The recommended percent of maximum aerobic heart rate that you should try to maintain is 55% while in the "rest" intervals and 70% while in the "work" intervals. See Diagram 5.

**Important**: You can change the incline, but doing so will cause the effectiveness of the weight loss program to vary.

Downloaded from www.Manualslib.com manuals search engine

*CHANGING  THE  C964i  INTERVAL  COURSE  PROFILE*

The interval courses on the C964i allow you to set two custom intervals according to your training regimen. You set the speed and incline for the two intervals (first two columns of the course) and the software takes over from there, repeating the intervals throughout the course until the time limit runs out or you press the STOP key.

To set the interval for a course, take the following steps:

1.  At the "**SELECT COURSE**" prompt, use the ▼ and ▲  keys to display INTERVAL. Press ENTER.

    **Important**: Be sure you have attached the safety switch's cord to your clothing at your waistline before beginning your workout.

2.  The INTERVAL course profile appears in the left display window. Continue to stand next to the running belt while you press the SPEED ▲ key. Step onto the running belt while the speed is at or below 1 mph (1.6 kph). Hold onto the handrail until you have completed setting the two interval speeds and inclines for the course. Be sure you are comfortable with the speed of the running belt before you release your grip from the handrail.

3.  While the cell is blinking at the top of the first column, press the SPEED ▼ or ▲ keys to set the first interval speed. Press the INCLINE ▼ or ▲ keys to choose the incline.

4.  When the cell at the top of the second column begins blinking, use the SPEED ▼ or ▲ keys to set the second interval speed. Choose an appropriate incline by pressing the INCLINE ▼ or ▲ keys.

After you set the speed and incline on the first two columns of the course profile, the treadmill's software takes over and continues repeating those intervals throughout the remaining course profile at the levels you selected.

**Note**: Anytime during your workout, you can change the interval levels by using the SPEED or INCLINE ▼ or ▲ keys. The treadmill's software reprograms the remainder of the course profile to the newly specified intervals.

*USING  THE  C964i  RANDOM  COURSE*

Selecting a random course on C964i treadmill provides a different course profile every time you work out. The random program provides variable course profiles. Every time the random course is displayed, a different course profile appears.

Downloaded from www.Manualslib.com manuals search engine

## Maintaining the Commercial Treadmill

Because of its advanced design, the treadmill requires little maintenance beyond periodic cleaning, which is explained in this section. Keep in mind that, as owner of this machine, you are solely responsible for its maintenance.

**CAUTION: Turn OFF and unplug the treadmill from the power outlet before performing any maintenance tasks, such as cleaning. Remove the security key and store it in a safe place to prevent unauthorized use.**

### CLEANING THE TREADMILL

Your Precor treadmill relies on low friction for efficient operation. To keep the friction low, the treadmill must be as clean as possible.

Everyday use a damp, soft cloth to clean the staging platform, running bed, and between the belt and running bed surface as far as you can easily reach. This removes any dirt or dust which might affect the smooth operation of the treadmill.

Vacuum underneath and around the unit every week to prevent the accumulation of dust and dirt.

**CAUTION: Never pour water or spray liquids on the electronic console or treadmill. Allow the treadmill to dry completely before using.**

Periodically, clean the treadmill's frame, electronic console, and running belt. Use mild soap and water for this. To clean the running belt and the grooves on the plastic trim, use a soft nylon scrub brush.

### ALIGNING THE RUNNING BELT

The correct alignment of the running belt is critical to the smooth operation of the treadmill. The belt is properly aligned at the factory. However, during shipping and handling or by use on an uneven surface, the belt may move off center and require a few simple adjustments.

Before adjusting the running belt, check its operation by following the steps in *Checking the Alignment of the Running Belt* earlier in this manual. If you determine that the belt needs adjustment, follow the instructions here.

**CAUTION: To avoid injury, special care must be taken when adjusting the running belt. Turn OFF the treadmill and wait for the running belt to come to a complete stop before adjusting or working near the rear roller. Remove any loose clothing and tie back your hair. Be very careful to keep your fingers or any other object clear of the belt and rollers. The treadmill will not stop immediately if any object becomes caught in the belt or rollers.**

Downloaded from www.Manualslib.com manuals search engine

Take the following steps to adjust the running belt on the C964i treadmill. To ensure proper safety while aligning the running belt, all adjustments must be made when the treadmill is OFF.

**CAUTION:  Do not walk on the running belt during this procedure.**

1.  Make sure the treadmill is OFF and the running belt is completely stopped.

2.  Locate the belt adjustment bolt at the rear of the treadmill. (It is on the right hand side as you stand behind the rear roller and face the display.) The direction you turn the bolt depends on how the belt is tracking. Make all belt adjustments on the rear corner bolt using the hex key provided.

•  If the belt is off center to the LEFT, turn the adjusting bolt 1/4 turn *clockwise*, which moves the running belt to the right.

•  If the belt tracks off center to the RIGHT, turn the bolt 1/4 turn *counterclock-wise*; this moves the belt to the left.

    **Important:** Do not turn the adjusting bolt more than 1/4 turn at a time. *Overtightening the bolt can damage the treadmill.*

3.  With the safety switch positioned at the green dot, turn ON the treadmill. Press the QUICK START key and then increase the speed of the running belt to 2 mph (3.2 kph) using the SPEED ▲ key.

4.  Observe the running belt for about a minute. The belt should track centered on the running bed.

5.  Press STOP/PAUSE to stop the running belt.

6.  If the belt needs additional alignment, repeat steps 1 through 5 of this procedure until the belt is properly aligned.

7.  Once the running belt is properly aligned, press RESET to display the initial start-up prompt.

Downloaded from www.Manualslib.com manuals search engine

## CORRECTING INCONSISTENT HEART RATE READINGS

If you have purchased the Precor Heart Rate Option and the treadmill cannot pick up your heart rate signal, or messages appear on the display regarding heart rate errors, stop your workout and take the following steps:

Important: Be sure that the heart rate being displayed correlates to your "normal" heart rate during exertion. Also, review the information found in the *Precor Heart Rate Option—Safety Guidelines*.

1. Check with the club manager to make sure that the C964i treadmill contains the heart rate receiver inside the electronic console display.

2. Make sure that the electrodes on the chest strap are moist and placed properly against your skin. Check to be sure that the strap is comfortably tight around your chest and centered in the middle of your chest. Refer to the section in your Precor Heart Rate Option Owner's Manual titled, *Wearing the Chest Strap Transmitter*.

3. Be sure that you are within 3 feet of the electronic console and facing toward it. Allow a few seconds for the receiver to display your heart rate on the electronic console's display.

4. Make sure that the treadmill is turned ON and the safety switch and security key (optional equipment) are in place and properly aligned.

If you have taken the steps above and still get erratic readings, you may need to replace the chest strap transmitter or its battery. Refer to your Precor Heart Rate Option Owner's Manual. Most often, when the chest strap fails to transmit a heart rate signal, the cause is incorrect placement or conduction of the chest strap electrodes. Check with your local servicer, he or she has a chest strap/ heart rate simulator that can test your equipment to make sure that it is operating properly.

## TROUBLESHOOTING HEART RATE ERROR MESSAGES

While you are performing the Heart Rate or Weight Loss courses, situations can arise that cause certain messages to scroll across the display. These messages indicate that a problem has occurred and briefly explain the solution.

Several messages have a variety of solutions. Most error messages can be resolved by reviewing the steps in *Correcting Inconsistent Heart Rate Readings*. However, some error messages require more sophisticated tools and a qualified service technician. If you have difficulty correcting a problem, call your local servicer. Refer to the *Obtaining Service* section on the inside front cover.

Downloaded from www.Manualslib.com manuals search engine

*SERVICING  THE  TREADMILL*

Do not attempt to service the C964i yourself except for the maintenance tasks described in this manual. The C964i does not contain any user-serviceable parts or parts that require lubrication. For information about product operation or service, contact an authorized Precor dealer.

*POWER  CORD  MAINTENANCE*

When the C964i is in use, ensure that the power supply cord is away from moving parts and cannot be damaged.

If the C964i power supply cord is damaged, it can only be replaced in a repair shop appointed by Precor because special tools are required.

# ACHTUNG

Bei Beschädigung der Anschlußleitung dieses Gerätes darf diese nur durch eine vom Hersteller benannte Reparaturwerkstatt ersetzt werden, weil Spezialwerkzeug erforderlich ist.

*LONG  TERM  STORAGE*

When the C964i is not in use, ensure that the power supply cord is unplugged from the wall outlet and is positioned so that it will not become damaged or interfere with other equipment or people.

There are no special storage requirements for the C964i other than ensuring that it is kept free from dirt, moisture, or damage.

# ATTENTION: Haute Tension

Débranchez avant de réparer.

Downloaded from www.Manualslib.com manuals search engine

# Special Forms

*WORKOUT  STATISTICS  LOG*

Keep track of your workouts using the form below. After you finish exercising, record your workout statistics off of the electronic console display onto this form.

To maintain the original blank form, be sure to make a working copy.

Name _____

Course _____ Date _____

| Time | Distance | Calories | Pacer Distance |
|------|----------|----------|----------------|
|      |          |          |                |

Course _____ Date _____

| Time | Distance | Calories | Pacer Distance |
|------|----------|----------|----------------|
|      |          |          |                |

Course _____ Date _____

| Time | Distance | Calories | Pacer Distance |
|------|----------|----------|----------------|
|      |          |          |                |

Course _____ Date _____

| Time | Distance | Calories | Pacer Distance |
|------|----------|----------|----------------|
|      |          |          |                |

Downloaded from www.Manualslib.com manuals search engine

*C964i/C962i* COMMERCIAL TREADMILL

*SPECIFICATIONS*

**Length**: 80.5 inches (205 cm)
**Width**: Handrails 32 inches (81 cm)
**Height**: 45 inches (114 cm)
**Running surface**: 61 inches by 20 inches (155 cm by 51 cm)
**Motor**: 240 volts: 3 hp continuous-duty DC
120 volts: 2 hp continuous-duty DC
**Speed**: 240 volts: 0.5 to 15 mph (0.8 to 24 kph)
120 volts: 0.5 to 15 mph (0.8 to 24 kph)
**Incline**: -3% to +15% grade
**Power**: 50/60Hz 120v AC
**Weight**: 375 lbs (169 kg)
**Shipping weight**: 502 lbs (226 kg)



Precor Incorporated
P.O. Box 3004
Bothell, WA USA 98041-3004

Precor is a registered trademark of Precor Incorporated.
"C" is a trademark of Precor Incorporated.
©1997 Precor Incorporated.
Protected by one or more of the following patents: U.S. 5,383,828; U.S. 5,336,144;
U.S. 5,454,772; U.S. 5,302,162; U.S. 5,516,471.
Other U.S. and foreign patents pending.
Specifications subject to change without notice.
1-888-665-4404

P/N 38811-101
12/97

**NOTICE:**
Precor is widely recognized for its innovative, award winning designs of exercise
equipment. Precor aggressively seeks US and foreign patents for both the mechanical
construction and the visual aspects of its product design. Any party contemplating the
use of Precor's product designs is hereby forewarned that Precor considers the
unauthorized appropriation of its proprietary rights to be a very serious matter. Precor
will vigorously pursue all unauthorized appropriation of its proprietary rights.

Downloaded from www.Manualslib.com manuals search engine



## C964i and C962i Handrail Options

Short and long handrail option packages exist for the C964i and C962i tread-mills. When you receive the handrail option package, check its contents with the corresponding list below:

| Short Handrail Option | Long Handrail Option |
|---|---|
| One short handrail | One long handrail |
| Two end clamps | Two end clamps |
| One center clamp | One center clamp |
| Three large bolts | Three large bolts |
| One locknut | One locknut |
| One rubber washer | One rubber washer |
| One 1/4" hex key | One 1/4" hex key |

**Note**: To assemble the handrail(s), you will need the original 3/16" hex key that came with your unit and a utility blade or Xacto™ knife to pierce the label along the siderail at the mounting bolt locations.

### *ASSEMBLY  INSTRUCTIONS*

The assembly of the short or long handrail is the same, except for the location of the end mount along the siderails. To properly install the handrail(s) on your unit, take the following steps:

**CAUTION: Turn OFF the unit and unplug it from the power source before installing the handrails.**

1.  Using the 3/16" hex key remove the handrail end covers (the "covers" are large black washers). Set the covers aside and discard the bolts because they are being replaced by the bolts in the hardware kit.

    **Important**: Install a handrail on one side of the treadmill before proceeding to the other side. Attach the front portion of the handrail first. This helps you determine where to cut the siderail label to attach the lower end of the handrail.

Downloaded from www.Manualslib.com manuals search engine

**Diagram 1**
*Attaching the front
section of the handrail.*



Electronic console

Front handrail

Handrail end cover

End clamp

Center clamp

Bolt

Handrail option

2.  Hold the long or short handrail in the proper position. See Diagram 1. Place
    the center clamp on the front portion of the handrail, followed by the end
    clamp. Align the two clamps with the handrail mounts on the upright support.

3.  Insert a bolt through each clamp and slide an end cover onto each bolt as
    shown in Diagram 1. Using the 1/4" hex key found in the hardware kit, screw
    each bolt into the handrail until it is snug up against the clamp. Do not fully
    tighten the bolts until you have installed the lower end of the handrail.

4.  Hold the handrail at a level position. Ask for assistance to help you mark
    where the base of the handrail touches the label on the siderail. Use your
    finger to locate the mounting bolt hole behind the label.

5.  When you have located the mounting bolt hole, pierce the label with a utility
    blade or Xacto™ knife. Carefully, trace the inside edge of the hole with the
    point of the blade/knife and remove that small portion of the label.

Downloaded from www.Manualslib.com manuals search engine

**Diagram 2**
*Installing the lower
section of the handrail.*

Handrail option

Rubber washer

Bolt

End clamp

Siderail

Locknut



6. Slide an end clamp onto the base of the handrail. See Diagram 2. Place the large rubber washer between the end clamp and the siderail. Insert a bolt through the clamp, handrail, rubber washer, and siderail. Place the locknut on the opposite end of the bolt with the star washer facing the frame. You will need to place your hand under the treadmill frame to hold the locknut in place while you tighten the bolt securely.

7. Return to the upper handrail clamps and securely tighten the bolts.

**Note**: If you are installing both the right and left handrail option, repeat steps 1 through 7 to attach the handrail to the opposite side of the treadmill.

**Diagram 3**
*Treadmill with both
handrails installed.*



Diagram 3 shows the completed assembly of a treadmill with both handrail options installed.

Downloaded from www.Manualslib.com manuals search engine



Precor Incorporated
P.O. Box 3004
Bothell, WA USA 98041-3004

Precor is a registered trademark of Precor Incorporated.
"C" is a trademark of Precor Incorporated.
©1997 Precor Incorporated.

Specifications subject to change without notice.
1-800-4-PRECOR

P/N 34065-103
12/97

**NOTICE:**
Precor is widely recognized for its innovative, award winning designs of exercise equipment. Precor aggressively seeks US and foreign patents for both the mechanical construction and the visual aspects of its product design. Any party contemplating the use of Precor's product designs is hereby forewarned that Precor considers the unauthorized appropriation of its proprietary rights to be a very serious matter. Precor will vigorously pursue all unauthorized appropriation of its proprietary rights.

Downloaded from www.Manualslib.com manuals search engine