# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIGHTNING FITNESS SYSTEMS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-012-RGA |
| | ) | |
| PRECOR INCORPORATED and | ) | |
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Precor Incorporated, a non-governmental entity, through its undersigned counsel states that Precor Incorporated's parent corporation is Peloton Interactive, Inc. No other publicly-held corporation owns 10% or more of the stock of Precor Incorporated.

| | |
|---|---|
| | */s/ Lindsey M. Gellar* |
| | Karen E. Keller (No. 4489) |
| | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Benjamin A. Saidman | I.M. Pei Building |
| FINNEGAN, HENDERSON, FARABOW, | 1105 North Market Street, 12th Floor |
|   GARRETT & DUNNER LLP | Wilmington, DE 19801 |
| 271 17th Street, NW, Suite 1400 | (302) 298-0700 |
| Atlanta, GA 30363 | kkeller@shawkeller.com |
| (404) 653-6510 | lgellar@shawkeller.com |
| | *Attorneys for Defendants Precor* |
| Anand K. Sharma | *Incorporated and Peloton Interactive* |
| FINNEGAN, HENDERSON, FARABOW, | *Incorporated* |
|   GARRETT & DUNNER LLP | |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |
| (202) 408-4000 | |

Deanna C. Smiley
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

Dated: May 6, 2024