# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIGHTNING FITNESS SYSTEMS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-012-RGA |
| | ) | |
| PRECOR INCORPORATED and | ) | |
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Peloton Interactive, Inc., a non-governmental entity, through its undersigned counsel states that it is a publicly traded company that has no parent corporation and that, upon information and belief, Morgan Stanley, a publicly-held corporation, owns more than 10% of Defendant's Class A common stock. No other publicly-held corporation owns 10% or more of the stock of Peloton Interactive, Inc.

|  |  |
|---|---|
| | */s/ Lindsey M. Gellar* |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Lindsey M. Gellar (No. 7202) |
| Benjamin A. Saidman | SHAW KELLER LLP |
| FINNEGAN, HENDERSON, FARABOW, GARRETT | I.M. Pei Building |
| & DUNNER LLP | 1105 North Market Street, 12th Floor |
| 271 17th Street, NW, Suite 1400 | Wilmington, DE 19801 |
| Atlanta, GA 30363 | (302) 298-0700 |
| (404) 653-6510 | kkeller@shawkeller.com |
| | lgellar@shawkeller.com |
| Anand K. Sharma | *Attorneys for Defendants Precor* |
| FINNEGAN, HENDERSON, FARABOW, GARRETT | *Incorporated and Peloton Interactive,* |
| & DUNNER LLP | *Inc.* |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |
| (202) 408-4000 | |

1

Deanna C. Smiley
FINNEGAN, HENDERSON, FARABOW, GARRETT
 & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

Dated: May 6, 2024